**FOLEY & LARDNER LLP**
ATTORNEYS AT LAW
ONE MARITIME PLAZA, SIXTH FLOOR
SAN FRANCISCO, CA 94111-3409
TELEPHONE: 415.434.4484
FACSIMILE: 415.434.4507
NANCY J. GEENEN, BAR NO. 135968
ANDREA J. GORANSON, BAR NO. 215665

**LAW OFFICES OF VALERIE J. MULHOLLEN**
813 BRIDGE ROAD
SAN LEANDRO, CA 94577
TELEPHONE: 510-357-1621
FACSIMILE: 510-357-1621
VALERIE J. MULHOLLEN, BAR NO. 219259

**LAW OFFICES OF MARGARET M. BROUSSARD**
1100 MELODY LANE, SUITE 141
ROSEVILLE, CALIFORNIA 95678
TELEPHONE: 916-722-2370
FACSIMILE: 916-722-2801
MARGARET M. BROUSSARD, BAR NO. 219251

Attorneys for Plaintiff, Daniel and Carla Jennerjohn

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| Daniel and Carla Jennerjohn<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Dry Creek Joint Elementary School District,<br><br>　　　　　Defendant. | Case No. CIV S-03-2639 WBS PAN<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND ORDER THEREON** |
| Dry Creek Joint Elementary School District<br><br>　　　　　Third Party Plaintiff,<br><br>　　v.<br><br>Sacramento County Children's Case Management,<br><br>　　　　　Third Party Defendant. | |

　　　　　Pursuant to the settlement regarding all claims alleged in this action by each of the parties, Carla and Daniel Jennerjohn, Dry Creek Joint Elementary School District, and Sacramento County Children's Case Management, hereby stipulate to a dismissal with prejudice of all claims by Carla and Daniel Jennerjohn and request this Court to enter an order dismissing

1  with prejudice the action, with each party to bear its own fees and costs.

2  Date:  October 4  , 2007                    Foley & Lardner LLP

3                                        BY:    /s/ Nancy Geenen (as authorized on October 4, 2007)
4                                               Nancy J. Geenen
                                                Attorney for Plaintiffs, Daniel and Carla
5                                               Jennerjohn

6  Date:  October   4, 2007                   Law Offices of Margaret M. Broussard

7                                        BY:    /s/ Margaret Broussard (as authorized on
8                                               October 4, 2007)
                                                Margaret M. Broussard
9                                               Attorney for Plaintiffs Daniel and Carla
10                                              Jennerjohn

11
   Date:  October   4, 2007                   Deputy for the County of Sacramento
12                                       BY;    /s/ Claire Van Dam (as authorized on October
                                                4, 2007)
13                                              Claire I. Van Dam
                                                Attorney for County of Sacramento
14

15
   Date:  October   4, 2007                   Thurbon & McHaney L. P.
16

17                                       BY     /s/ Jacqueline McHaney (as authorized on
                                                October 4, 2007)
18                                              Jacqueline S. McHaney
                                                Attorney for Defendant Dry Creek Joint
19                                              Elementary School District

20

21          IT IS SO ORDERED.

22 DATE:  October 8, 2007

23
                                          *William B. Shubb signature*
24                                        WILLIAM B. SHUBB
                                          UNITED STATES DISTRICT JUDGE
25

26

27

28

2
STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND ORDER THEREON
CASE NO. CIV S-03-02639 WBS PAN

SFCA_356056.2